UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re: Qi Kui Yao
and
Hong Xu Yao
_____Debtors_____/

PROCEEDINGS UNDER CHAPTER 13
CASE NO.: 9:08-bk-07795-ALP

## AMENDED ORDER VALUING COLLATERAL AND STRIPPING SECOND MORTGAGE

**THIS CAUSE,** having come before the court on the 5th day of February, 2009 on Debtors' Amended Motion to Value Collateral and Strip Second Mortgage and as grounds therefore would show:

1. Debtors' Motion to Value Collateral and Strip Second Mortgage is granted.
2. The Real Property located at 2323 SW 8th Street, Cape Coral, FL 33914, legal description: CAPE CORAL UNIT 92 BLK 5897 PB 25 PG 27 LOTS 9 + 10 is valued at $120,000.00.
3. The second mortgage held by First Horizon is stripped. The second mortgage held by First Horizon is void and of no further effect.

DONE AND ORDERED on February 19, 2009

_____
Alexander L. Paskay
United States Bankruptcy

Copies furnished to:
Qi Kui and Hong Xu Yao, Debtors
Jon Waage, via NEF
First Horizon, Creditor