UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:

Qi Kui Yao and    Case No. 9-08-bk-7795-ALP
Hong Xu

_____Debtors_____/

ORDER DENYING FIRST TENNESSEE BANK NATIONAL ASSOCIATION'S MOTION
FOR PROTECTIVE ORDER TO SEAL INFORMATION AND PROHIBIT
ELECTRONIC ACCESS IN ACCORDANCE WITH BANKRUPTCY RULE 9037

THIS CASE came on for consideration, without a hearing, on First Tennessee Bank National Association's Motion for Protective Order to Seal Information and Prohibit Electronic Access in Accordance with Bankruptcy Rule 9037. The Court having reviewed the Motion finds that it is more appropriate for the Creditor to file a motion to redact the specific personal identifiable information contained in the subject Proof of Claim, as restricting, delinking or removing the Proof of Claim would not allow parties in interest to review it. Accordingly, it is

ORDERED that First Tennessee Bank National Association's Motion for Protective Order to Seal Information and Prohibit Electronic Access in Accordance with Bankruptcy Rule 9037 is denied for the reason stated above and counsel for First Tennessee Bank National Association is directed to file a motion to redact to obtain the relief requested, if so inclined.

DONE AND ORDERED in Chambers on _____September 25, 2009_____.

_____
ALEXANDER L. PASKAY
United States Bankruptcy Judge